AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>DEBT CRUSADERS, INC., and DOES 1 through 10, inclusive, and each of them,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:20-cv-01462-JFW-PLA<br>)<br>)<br>)<br>)<br>) |

## ALIAS SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DEBT CRUSADERS, INC
c/o Ilia Dinov
1300 NW 17th Ave.
Suite 164
Delray Beach, FL 33445

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Todd M. Friedman
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: June 10, 2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:20-CV-01462-JFW-PLA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Debt Crusaders, Inc., c/o Ilia Dinov

was received by me on *(date)* 06/12/2020 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because  No longer at provided address  ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/16/20

Server's signature

Richard Schweiger, #211
*Printed name and title*

3902 Henderson Blvd., Suite 208-372
Tampa, FL 33629

*Server's address*

Additional information regarding attempted service, etc:

1300 Northwest 17th Avenue, Suite 164, Delray Beach, FL 33445

This is the office of McMichael, Taylor, Gray, LLC. They have been here for two years and never heard of the Defendant.

543688